UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL ACTION NO.: _____
-*Electronically Filed*-

KENTUCKY MIST MOONSHINE INC.                                                              PLAINTIFF

v.                                              **NOTICE OF REMOVAL**

UNIVERSITY OF KENTUCKY                                                                    DEFENDANT

\*\*\* \*\*\* \*\*\*

The Defendant, University of Kentucky, by counsel, hereby removes the above-captioned action from the Fayette Circuit Court, Fayette County, Kentucky, to the United States District Court for the Eastern District of Kentucky, Central Division at Lexington, pursuant to 28 U.S.C. §§ 1331, 28 U.S.C. § 1441(a) and (c) and 28 U.S.C. § 1446, and in support of said removal states as follows:

1.      The Plaintiff, Kentucky Mist Moonshine Inc., filed this civil action in the Fayette Circuit Court, which is within the district and division of this Court, for declaratory relief regarding U.S. Trademark Registration 2,066,804 for the mark "KENTUCKY."  Plaintiff's further allegations in his Complaint alleges that venue is proper in this judicial district as a substantial part of the events occurred in this judicial district, and Defendant resides in this judicial district.  (See Complaint, attached hereto).  Plaintiff initially filed a nearly identical action in the United States District Court, Eastern District of Kentucky, Pikeville Division, on November 2, 2015.  The action was then transferred by the Court to the Lexington Division on or about November 3, 2015.  Defendant, University of Kentucky, timely filed a Motion to Dismiss Plaintiff's Complaint on December 4, 2015.  By their own accord, Plaintiff filed a Notice of Voluntary Dismissal without prejudice on December 21, 2015.  Also on December 21, 2015 United States District Court Judge Hon. Danny Reeves promptly reviewed the Court record and

entered an appropriate order denying Defendant's pending motion to dismiss as moot and entered an Order dismissing Plaintiff's claims against Defendant without prejudice pursuant to Rule 41(a)(1). On December 22, 2015, Kentucky Mist Moonshine filed the attached Complaint in the Fayette Circuit Court, Division 9, Case No. 15-CI-4611.

2. 28 U.S.C. § 1441(a) states that, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

3. 28 U.S.C. § 1331 provides the district court with original jurisdiction of civil actions "arising under the Constitution, laws, or treaties of the United States."

4. Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. §§ 1331 and 1441 because it is a civil action wherein the Plaintiff alleges that his action arises under the laws of the United States.

5. In compliance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon the Defendant and filed in the state court action are filed together with this Notice of Removal.

6. The Defendant expressly reserves its right to raise all defenses and objections in this action after the action is removed to this Court pursuant to Fed.R.Civ.P. 81(c)(2), so that it has the longer period of time of "(A) 21 days after receiving—through service or otherwise—a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed" to responsively plead or otherwise respond to the Complaint.

7. This Notice is filed with the Court within thirty (30) days after receipt of the Complaint.

WHEREFORE, Defendant prays that this action proceed in this Court as an action properly removed thereto.

>Respectfully Submitted,
>
>William E. Thro, General Counsel
>University of Kentucky
>301 Main Building
>Lexington, Kentucky 40506-0032
>T: (859) 257-2936
>william.thro@uky.edu
>
>AND
>
>Michael S. Hargis
>KING & SCHICKLI, PLLC
>247 North Broadway
>Lexington, KY 40507-1058
>Telephone: (859) 252-0889
>michael@iplaw1.net
>
>AND
>
>/s/ *Bryan H. Beauman*
>Bryan H. Beauman
>STURGILL, TURNER, BARKER & MOLONEY, PLLC
>333 W. Vine Street, Suite 1500
>Lexington, Kentucky 40507
>Telephone: (859) 255-8581
>Facsimile: (859) 231-0851
>bbeauman@sturgillturner.com
>
>COUNSEL FOR DEFENDANT
>UNIVERSITY OF KENTUCKY

**CERTIFICATE OF SERVICE**

On the 23rd day of December, 2015, I electronically filed the foregoing document through the ECF system, which will send a notice of electronic filing to all participants.

>/s/ *Bryan H. Beauman*
>COUNSEL FOR DEFENDANTS

x:\wdox\clients\60025\0402\pleading\00641049.docx